# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

United States of America
v.

MONIQUE Y. CRAWLEY

)
)
)
)
)
)
)

Case No.   5:26-MJ-01286-KS

**RECEIVED**
**By USMS-E/NC at 1:48 pm, Mar 17, 2026**

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MONIQUE Y. CRAWLEY                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment        ❒ Superseding Indictment        ❒ Information        ❒ Superseding Information        ❒ Complaint
❒ Probation Violation Petition        ❒ Supervised Release Violation Petition        ❒ Violation Notice        ☑ Order of the Court

This offense is briefly described as follows:

FAILURE TO APPEAR AT MANDATORY FIRST APPEARANCE SCHEDULED FOR 3/11/2026

Date:    03/16/2026

*Issuing officer's signature*

City and state:    FAYETTEVILLE, NC

KIMBERLY A. SWANK, U.S. MAGISTRATE JUDGE
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. <br><br> Date: _____ <br><br> *Arresting officer's signature* <br><br> *Printed name and title* |

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____ Weight: _____

Sex: _____ Race: _____

Hair: _____ Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____